IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**RODRIGO TARANGO, Individually and**                  **PLAINTIFF**
**on behalf of Others Similarly Situated**

vs.                      No. 5:18-cv-370-XR

**CHEMIX ENERGY SERVICES, LLC,**                      **DEFENDANTS**
**NATHAN H. MAY and ROBERT BEAUBOUEF**

## SECOND RENEWED MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff Rodrigo Tarango ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, and for his Second Renewed Motion for Default Judgment ("Motion"), does hereby state and allege as follows:

1. By this Motion, Plaintiff seeks a default judgment against separate Defendant Chemix Energy Services, LLC, in the amount of $258,701.84 plus an equal amount as liquidated damages, or a total of $517,403.68. Of that amount, separate Defendant Robert Beaubouef is jointly and severally liable for $423,543.84, representing $211,771.92 in unpaid wages and an equal amount as liquidated damages.

2. Plaintiff filed his Original Complaint—Collective Action on April 26, 2018 (ECF No. 1) against Defendant Chemix Energy Services, LLC; Plaintiff filed his First Amended and Substituted Complaint on August 14, 2019 (ECF No. 42), adding additional Defendants Nathan H. May and Robert Beaubouef (it is the late addition of Defendant Beaubouef that accounts for the difference in the damages owed by the two Defendants; the claims against Chemix and Beaubouef are subject to different statutes of limitations).

3. Defendant Chemix Energy Services, LLC, had legal counsel that subsequently withdrew from the case.

4. On August 14, 2019, this Court entered an Order granting the motion to withdraw as counsel (ECF No. 39) for Chemix Energy Services, LLC. ECF No. 41.

5. In the Order, the Court stated as follows:

<u>Defendant Chemix Energy Services is notified that, as an entity, it may not proceed *pro se* in federal court and must have counsel. Failure to obtain counsel may result in filings being stricken and other sanctions such as entry of default</u>.

ECF No. 41.

6. Defendant Robert Beaubouef was timely served the First Amended and Substituted Complaint on October 16, 2019 (ECF No. 51), and Defendant Nathan May was dismissed without prejudice for failure to effect service pursuant to Rule 4(m) on May 13, 2020. ECF No. 65.

7. On January 22, 2020, the Court found it appropriate to strike Chemix's answer and defenses and to consider entry of default and eventual default judgment. The Court found Defendant Robert Beaubouef to be in default and directed Plaintiffs to move for entry of default as to Robert Beaubouef. ECF No. 57.

8. With this Motion, Plaintiff submits the following exhibits: Damages Calculations (ECF No. 72-1); Declarations of Abelardo Garcia (ECF No. 72-2), Jonathan Juarez (ECF No. 72-3), Blaine Lashley (ECF No. 72-4), Orlando Rodriguez (ECF No. 72-5), Rodrigo Tarango (ECF No. 72-6); Defendant's Answers to Interrogatories and Responses to Request for Production, Answer to Interrogatory No. 6. (ECF No. 72-7). Plaintiff also files herewith and incorporates herein a Brief in Support of Renewed Motion for Default Judgment (ECF No. 73).

WHEREFORE, premises considered, Plaintiff Rodrigo Tarango, individually and on behalf of all others similarly situated, respectfully requests this Court grant this Motion; enter a default judgment against separate Defendant Chemix Energy Services, LLC, in the amount of $517,403.68 and separate Defendant Robert Beaubouef in the amount of $423,543.84, plus costs and a reasonable attorney's fee to be determined after the filing of a motion by Plaintiff in accordance with the Federal Rules of Civil Procedure; and for all other good and proper relief to which he may be entitled, whether or not specifically requested herein.

        Respectfully submitted,

        **RODRIGO TARANGO, Individually**
        **and on behalf of All Others**
        **Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
        One Financial Center
        650 South Shackleford Road, Suite 411
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        */s/ Josh Sanford*
        Josh Sanford
        Tex. Bar No. 24077858
        josh@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to all interested parties. Notice has been delivered by other means to:

Chemix Energy Services, LLC
c/o Nathan H. May
9002 Western View
Helotes, Texas 78023

Robert Beaubouef
125 N. Court Street
Opelousas, Louisiana 70570

                                                        */s/ Josh Sanford*
                                                        **Josh Sanford**