IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RODRIGO TARANGO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED; JOHNATHAN SAVIS, BLAINE LASHLEY, ISMAEL BEAS, AARON DEGROAT, JOSHUA MCNABB, MICHAEL RODRIGUEZ, RICARDO RANGEL, REFUGIO A. BENAVIDES, JR., ABELARDO GARCIA, JOHNATHAN JUAREZ, JON-PAUL EVIEZ, ARNULFO TIJERINA JR., JOHN WHITE, ORLANDO RODRIGUEZ, BO OTTINGER, LUIS PAZ JR., *Plaintiffs* | § § § § § § § § § § § § § § § § § § § § | SA-18-CV-00370-XR |
| -vs- | § § | |
| CHEMIX ENERGY SERVICES, LLC, ROBERT BEAUBOUEF, *Defendants* | § § § | |

## FINAL JUDGMENT

This cause came on to be considered by the Honorable Xavier Rodriguez, without a jury, on Plaintiffs' Second Renewed Motion for Default Judgment. It is ORDERED, ADJUDGED, and DECREED that:

Plaintiff Rodrigo Tarango is awarded $23,073.75 in damages for unpaid overtime and an equal amount in liquidated damages, for a total of $46,147.50, to be recovered from Defendants Chemix Energy Services, LLC and Robert Beaubouef, jointly and severally.

Plaintiff Abelardo Garcia is awarded $31,491.00 in damages for unpaid overtime and an equal amount in liquidated damages, for a total of $62,982.00, to be recovered from Defendants Chemix Energy Services, LLC and Robert Beaubouef, jointly and severally.

1

Plaintiff Johnathan Juarez is awarded $43,551.68 in damages for unpaid overtime and an equal amount in liquidated damages, for a total of $87,103.36, to be recovered from Defendants Chemix Energy Services, LLC and Robert Beaubouef, jointly and severally.

Plaintiff Orlando Rodriguez is awarded $19,426.50 in damages for unpaid overtime and an equal amount in liquidated damages, for a total of $38,853.00, to be recovered from Chemix Energy Services, LLC and Robert Beaubouef, jointly and severally.

Plaintiff Blaine Lashley is awarded $135,914.29 in damages for unpaid overtime and an equal amount in liquidated damages, for a total of $271,828.58, to be recovered from Defendant Chemix Energy Services, LLC. Defendant Robert Beaubouef is jointly and severally liable with Chemix for the following portion of damages: $94,678.58 in unpaid overtime and an equal amount in liquidated damages, for a total amount of $189,357.16.

Plaintiff Refugio A. Benavides, Jr.'s claims are DISMISSED WITH PREJUDICE as barred by limitations, and Benavides shall take nothing by his claims.

The claims of the remaining opt-in Plaintiffs Johnathan Savis, Ismael Beas, Aaron DeGroat, Joshua McNabb, Michael Rodriguez, Ricardo Rangel, Jon-Paul Eviez, Arnulfo Tijerina, Jr., John White, Bo Ottinger, and Luis Paz, Jr., are DISMISSED WITHOUT PREJUDICE.

SIGNED this 6th day of April, 2021.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE